804

No. 833. STEVENS ET AL. v. SINCLAIR REFINING Co. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Morgan M. Moulder* for petitioners. *Mr. Roy T. Osborn* for respondent.

No. 838. GOGGIN, TRUSTEE IN BANKRUPTCY, v. UNITED STATES. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Reuben G. Hunt* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Bernard Chertcoff* for the United States.

No. 839. POLITO v. MOLASKY ET AL. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. N. Murry Edwards* and *George C. Dyer, II,* for petitioner.

No. 840. THOMSON, TRUSTEE, v. BOLES. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Warren Newcome, William T. Faricy,* and *Alfred E. Rietz* for petitioner. *Mr. Chester W. Johnson* for respondent.

No. 851. INDIANAPOLIS POWER & LIGHT Co. v. NATIONAL LABOR RELATIONS BOARD. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Arthur L. Gilliom* and *Elbert R. Gilliom* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Robert B.*

*Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.

No. 857. DURLACHER *v.* DURLACHER. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Hamilton Vreeland, Jr.* and *Samuel Platt* for petitioner. *Mr. Clyde D. Souter* for respondent.

No. 859. KLIMKIEWICZ *v.* WESTMINSTER DEPOSIT & TRUST CO. ET AL. February 9, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. James E. Shifflette* and *George E. Sullivan* for petitioner. *Mr. Paul D. Taggart* for respondents.

No. 864. HARTFORD ACCIDENT & INDEMNITY CO. *v.* CITY OF SULPHUR. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. F. A. Rittenhouse* for petitioner. *Mr. H. A. Ledbetter* for respondent.

No. 865. W. D. HADEN CO. *v.* MATHIESON ALKALI WORKS, INC. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Robert S. Blair, Daniel L. Morris,* and *Paul A. Blair* for petitioner. *Messrs. Raymond F. Adams* and *E. Howard McCaleb* for respondent.

No. 860. UNITED STATES EX REL. MAINIERI *v.* NEW YORK. February 16, 1942. Petition for writ of certiorari